UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAYMARKET DUPAGE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CV-160 |
| | ) | |
| v. | ) | District Court Judge Seeger |
| | ) | Magistrate Judge Jantz |
| VILLAGE OF ITASCA, | ) | |
| ITASCA PLAN COMMISSION, and | ) | |
| ITASCA MAYOR JEFFREY PRUYN | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Minute Order issued by Magistrate Judge Jantz on March 24, 2025, counsel for Plaintiff Haymarket DuPage, LLC and counsel for the Itasca Defendants file this Joint Status Report.

**Pending Motions**

Five motions are pending before the Court:

- Joint Motion to Extend Expert Discovery (filed on February 13, 2025);

- Plaintiff's Motion for a Status Hearing (filed on October 29, 2024);

- Joint Motion to Extend Discovery Timeline (filed on October 18, 2024);

- Motion by the Department of Justice (DOJ) to Participate in Depositions (filed on September 6, 2024); and

- Motion by the DOJ to Intervene (filed on June 20, 2024).

**Status of Expert Discovery**

The Parties have a general and shared concern about the unaddressed motions, but also an urgent concern with regard to expert discovery.

As noted above, there was no ruling on the Joint Motion to Extend Discovery Timeline, filed on October 18, 2024. Accordingly, the parties worked hard to honor the original timeline, which compelled an ambitious deposition schedule that consumed both parties for several months.

Because of that ambitious schedule, there was insufficient time for the parties to work on expert-related matters. As such, the Parties filed the aforementioned Joint Motion to Extend Discovery with District Court Judge Seeger, which explained the need to extend the timeline for expert discovery and for dispositive motions.

There has been no ruling on that Motion. As a result, the Parties are concerned that if the Court were to later deny the Motion, each Party will forfeit the opportunity to utlilize experts, depose experts, file dispositive motions, and the like. Hence, we reached out to the Magistrate Judge for guidance.

Although the Parties recognize the District Court Judge reserved decision-making on discovery, we hope to benefit from the recommendations of the Magistrate Judge on how to move forward on expert discovery and, if at all possible, on the other pending Motions as well.

## Status of Written Discovery

As for written discovery, with some exceptions, the parties substantially completed the production of documents. There are two remaining issues:

- the Defendants' response to an RFP issued by the Plaintiff regarding two subjects; and
- the Plaintiffs' response to an RFP issued by the Defendants regarding one subject.

The parties are working collaboratively to resolve issues attendant to these RFPs.

Respectfully Submitted,

/s/ Kenneth M. Walden
Kenneth M. Walden
Katelyn B. Polk
Charles Petrof
Access Living of Metropolitan Chicago
115 W. Chicago Avenue
Chicago, Illinois 60654
kwalden@accessliving.org
(312) 640– 2136
*Attorneys for Plaintiff Haymarket DuPage*

Jennifer K. Soule
Kelly K. Lambert
James G. Bradtke
Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, Illinois 60134
(630) 333-9144
*Attorneys for Plaintiff Haymarket DuPage*

Mary E. Dickson
Bond, Dickson & Conway
400 S. Knoll Street, Unit C
Wheaton, Illinois 60187
(630) 681-1000
*Attorney for Plaintiff Haymarket DuPage*

Jon Loevy
Jordan Poole
Loevy & Loevy
311 N. Aberdeen Street, Suite 3
Chicago, Illinois 60607
(312) 243-5900
*Attorneys for Plaintiff Haymarket DuPage*

/s/ Yordana Wysocki
Charles E. Hervas
Yordana Wysocki
Kaleah M. Ault
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143
ywysocki@hcbattorneys.com
(630) 773-4774
*Attorneys for Defendants Village of Itasca, Itasca Plan Commission, and Mayor Jeffrey Pruyn*

Renata Mariotti
Holly Campbell
Paul Hastings
71 S. Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 499-6000
*Attorneys for Defendants Village of Itasca, Itasca Plan Commission, and Mayor Jeffrey Pruyn*

Date:   March 28, 2025